UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOHNATHAN GAFFORD,

   Plaintiff,

v.

CITY OF GRAND RAPIDS, et al.,

   Defendants.
_____/

Case No. 1:23-cv-545

HON. JANE M. BECKERING

## JUDGMENT

In accordance with the Opinion and Order entered this date:

**IT IS HEREBY ORDERED** that Plaintiff's Counts I and II are dismissed with prejudice, and this Court declines to exercise supplemental jurisdiction over the state-law claims in Plaintiff's Counts III through VII, which are dismissed without prejudice.

This case is closed.

Dated: April 4, 2024            /s/ Jane M. Beckering
                                                    JANE M. BECKERING
                                                    United States District Judge